**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID POWELL,

      Plaintiff,

      v.

CITIBANK SOUTH DAKOTA N.A.,

      Defendant.

Case No.  FILED: MAY 13, 2008
          08CV2755          TG
          JUDGE NORGLE
          MAGISTRATE JUDGE COLE

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

TO:    The United States District Court
       for the Northern District of Illinois
       219 S. Dearborn Street
       Chicago, IL 60604

       Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, CITIBANK (SOUTH DAKOTA), N.A., ("Citibank"), by and through its undersigned counsel, hereby removes the action titled David Powell v. Citibank South Dakota N.A., filed and pending in the Circuit Court of Cook County, Illinois, Case No. 08 M6-1767, (the "Action"), to the United States District Court for the Northern District of Illinois, Eastern Division, on the following grounds:

       1.     On or about April 21, 2008, Citibank received service by mail of the Summons and Complaint in the Action.

       2.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal of Action is timely filed within thirty (30) days after receipt of service by Citibank of a copy of the Summons and Complaint.

       3.     The Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a)

which states, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4.      This Court has original subject matter jurisdiction of this Action pursuant to 28 U.S.C § 1331 based upon federal questions cited in the Plaintiff's complaint pursuant to Fair Credit Reporting Act , 15 U.S.C. §1681 *et seq*.

5.      Pursuant to 28 U.S.C. § 1441(a), this Court is the proper district court for removal because the Cook County Circuit Court is located within the Northern District of Illinois.

6.      True and correct copies of all pleadings, process, and orders served upon Citibank in the Action are attached in composite Exhibit A.

7.      In accordance with 28 U.S.C. § 1446(d), Citibank is simultaneously filing a copy of this Notice of Removal of Action with the Clerk of the Circuit Court of Cook County, Illinois, Sixth Municipal District, Markham in the Action.  Also, Citibank will serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

8.      By virtue of this Notice of Removal of Action and the Notice filed in the Action, Citibank does not waive its rights to assert any personal jurisdictional defense or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure.

9.      Pursuant to Federal Rules of Civil Procedure 81(c) and 6, Citibank will file responses to the Complaint within the time proscribed by said rules and any extensions granted.

WHEREFORE, Defendant CITIBANK (SOUTH DAKOTA), N.A. respectfully requests that the above captioned notice now pending in the Circuit Court of Cook County, Sixth Municipal District, be removed to the U.S. District Court for the Northern District of Illinois, Eastern Division, and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted,

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312.566.0040
Fax 312.566.0041
E-mail Vincent_vigil@gshllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

David Powell

P.O. Box 5282

Lansing, IL 60438

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312.566.0040
Fax      312.566.0041
E-mail: vincent_vigil@gshllc.com

JUDGE NORGLE

MAGISTRATE JUDGE COLE

2120 - Served  2220 - Not Served    2620 - Sec. of State
2121 - Alias Served  2221 - Alias Not Served    2621 - Alias Sec. of State
Summons ... form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-2 thru 6)    CCM N649-60M-9/15/06 (                    )

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## _6th_ MUNICIPAL DISTRICT

**Name All Parties**

MR DAVID POWELL

                                                              **Plaintiff(s)**

v.

CITIBANK SOUTH DAKOTA NA
P.O. BOX 6500
SIOUX FALLS, SD 57117-6500

                                              **Defendant(s)**
                                    **Address of Defendant(s)**

Case No. _08 m6-1767_

Amount Claimed: $ _12,000 + CC_

Appearance Filing/Return Date: _5-13-08_

Status Date: _5-22-08_

Trial Date: _____

Time: _9 Am_    Room: _207_

## ~~FEE WAIVED~~ SUMMONS

**To each Defendant:**

**YOU ARE SUMMONED and required:**

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on _____, _08_, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008   ☒ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428
on _5-13_, _08_, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.**

Atty. No.: _PRO SE_
Name: _DAVID POWELL_
Atty. for: _PRO SE_
Address: _P.O. BOX 5282_
City/State/Zip: _LANSING, ILL 60438_
Telephone: _708-474-1808_

WITNESS, ~~DOROTHY BROWN~~ APR 18 2008
~~DOROTHY BROWN~~ APR 18 2008

_Dorothy Brown_
**DOROTHY BROWN, Circuit Court Clerk**

Date of Service: _____, _____
(To be inserted by officer on copy left with Defendant or other person)

[ SEE REVERSE SIDE ]

** Service by Facsimile Transmission will be accepted at: _____
                                                    (Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
ORIGINAL COURT FILE

CCM N649-100M-9/15/06 (                    )

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $13.00, THE COURT AUTOMATION FEE OF $15.00, A DOCUMENT STORAGE FEE OF $15.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

JURY FEES ARE AS FOLLOWS:

| APPEARANCE FEES (BASED ON AMOUNT OF CLAIM) | | CLAIMS FOR DAMAGES NOT IN EXCESS OF $10,000.00 |
| (ALL CASES; NO DISPUTE RESOLUTION CHARGED) | | *SIX-PERSON  $12.50 |
| FORCIBLE DETAINER (POSSESSION ONLY) | $133.00 | *TWELVE-PERSON JURY        $25.00 or |
| $1500.00 OR LESS | $133.00 | $12.50 if another party paid for a jury of six |
| $1500.00 TO $15,000.00 | $143.00 | |
| MORE THAN $15,000.00 | $163.00 | CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00 |
| | | *SIX-PERSON  $115.00 |
| | | *TWELVE-PERSON JURY        $230.00 or |
| | | $115.00 if another party paid for a jury of six |

CLAIMS FOR DAMAGES IN EXCESS OF $15,000.00
*TWELVE-PERSON JURY          $230.00

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER.  YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER.

## NOTICE TO PLAINTIFF

You MUST select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:

   a. If you are sued for $5000.00 or less, you need not file an answer unless ordered to do so by the Court.

      (i)  If Plaintiff is not present, the case may be dismissed for want of prosecution.

      (ii)  If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

      (iii)  If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

   b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on the front of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.  If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution.  If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.

3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5 and 6 Cases:

4. If you are sued for more than $5000.00, you have 10 days from the Return Day to answer or otherwise plea.

5. On the specified Return Day, if you are sued for $5000.00 or less, you need not file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:

   a. If Plaintiff is not present, the case may be dismissed for want of prosecution.

   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.

   c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

The following is applicable to District 3 cases only:

7. This case may/may not be heard on the day for appearance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer as required by Par. 2(b) above.
These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge.
Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day.  The case will be set for Status at 9:00 a.m., approximately 60 days from the date of filing.  Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the Court.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Motion – General Form  (This form replaces CCMD-39)                    CCG N702-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MR DAVID Powell
_____
**Plaintiff(s)**

v.

CITIBANK SOUTH DAKOTA
_____
**Defendant(s)**

No. _08 M6-1167_

TO: _CITIBANK SOUTH DAKOTA_

MOTION BY _Plaintiff_   FOR _SERVICE_

PURSUANT TO ILCS 5/2-306 SERVICE BY
U.S. MAIL AS THE DEFENDANT IS OUT
OF THE COUNTY OF COOK STATE OF ILLINOIS

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: _APRIL , 08_                    _DAVID D_
                                              **Attorney Certification**
                                              _PRO SE_

Atty. No.: _No Se_
Name: _DAVID Powell_
Atty. for: _Plaintiff_
Address: _P.O. BOX 2283_
City/State/Zip: _CALUMET CITY_
Telephone: _708-1091-1008_

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Complaint-Verified  (This form replaces CCMD-8A)                    CCM N008-150M-1/21/04 (3335092)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MR DAVID Powell

**Plaintiff(s)**

v.

CITIBANK SOUTH DAKOTA NA
P.O. BOX 6500
SIOUX FALLS SD 57117-6500

**Defendant(s)**

No. 08 M6 - 1767

Contract _____

Amount Claimed $ 12,000 +CC

Return Date 5-13-08

5-30-08

## COMPLAINT

The Plaintiff(s) claim(s) as follows:

IN THE CIRCUIT COURT OF COOK, COUNTY ILLINOIS
6TH MUNCIPAL DISTRICT

PLANTIFF'S COMPLAINT AT LAW

I Mr. David Powell motions the Court under the Civil Rules of Procedure for the Defendants Breach of Contract and Negligent Misrepresentation on Citi Credit Card, in which the Plantiff and Defendant entered into a contract on or about July 2007. The Defendant actions as listed in the exhibits has caused the Plantiff undo hardship in which the Defendant has increased the Plantiff's interest rate for no valid reason and has refused to correct this matter. The Plantiff submits exhibits 1 and 2 and 7 in which there was no late payment or returned check, the Plantiff submits exhibits exhibits 3 and 4, which states ths Defendants negligence, The Plantiff submits exhibit 5 in which the Plantiff is listed valued. In support of my Motion of Complaint, the term willful as used in the Fair Credit Reporting Act, by knowlingly and intentionally commiting acts in concious disregard for the rights of others, Wiggns vs.Equifax D.D.C. 1993 848F. Supp213 The Plaintiff Prays the Court for relief as listed, and any other means this Court finds equitable and just

I, __DAVID Powell__ , certify that I am the __Plantiff__
       (Name)                                      (Name of Attorney if applicable)
plaintiff in the above entitled action.  The allegations in this complaint are true.

Atty. No.: __Pro Se__          Pro Se  99500          Dated: __APRIL 18__ , __08__

Atty. (or Pro Se Plaintiff)

Name: __DAVID Powell__

Address: __P.O. BOX 5282__

City/State/Zip: __LANSING, ILL 60438__

Telephone: __708  474-1808__

_____
Signature

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT 1

PURCHASER'S COPY OF PERSONAL MONEY ORDER DRAWN ON OFFICE SHOWN HEREON

224655

2-7081/2710

DATE Jan 04, 2008

$100.00

PAID TO ___ CITICARDS ___

$100 DOLLARS AND 00 CENTS

FOR ___

NO REFUND IF LOST IN BLANK. VOID AFTER 90 DAYS.
**NOT NEGOTIABLE**
The customer purchasing this Personal Money Order from, corresponding in number and amount to that shown hereon, agrees to insert thereon in ink, the date, payee, purchaser, and address, and assumes responsibility for all events made possible by his/her failure to do so.

SAVE THIS COPY FOR YOUR RECORD

**FSB FIRST SAVINGS BANK OF HEGEWISCH**
13220 BALTIMORE AVE. CHICAGO, ILLINOIS 60633

⑆224655⑆ ⑈271070814⑈ 0101000041⑈

EXHIBIT 2

March 24th 2008

Citi Cards
Customer Service
P.O. Box 6000
The Lakes, NV. 89163-6000

Director;

I am writing to inform you of the problems with Customer service, In speaking
with represenatives about my interest rate, it is still at nearly 30%. This was
supposed to be corrected, as my payment was an official Bank Check dated
before the due date and was posted one day late. Please inform this writer by
mail within seven business days as to this correction.

Thank-You
Mr. David Powell
P.O. B ox 5282
Lansing, ILL 60438





*EXHIBIT 3*

Citibank (South Dakota), N.A.
Customer Service Center
P.O. Box 6500
Sioux Falls, SD 57117-6500

March 24, 2008

|.|I.,II...,I.I,II.I.,I.I,I.,II.I.,I,II.I.,I,I.I,II

DAVID M POWELL
PO BOX 5282                                    ACCOUNT NUMBER
LANSING IL  60438-5282                         5424180748548614

Dear DAVID M POWELL:

This letter is in response to your recent inquiry regarding the Annual Percentage Rate (APR) increase on your account.

The increase was due to default under your Card Agreement on your February 12, 2008 statement.

The APR on your account may vary if you default under any Card Agreement that you have with us by failing to make a payment to us when due, exceeding your credit line, or making a payment to us that is not honored by your bank. In such circumstances, we may increase APRs (including any promotional rates) on all balances. Factors considered in determining your default rate may include the length of time your account with us has been open, the existence, seriousness, and timing of defaults under any Card Agreement that you have with us, and other indications of account usage and performance.

We are unable to lower the APR on the account at this time. Your account may again become eligible for a lower APR on new purchases, new cash advances, or both after you have met the terms of all Card Agreements that you have with us for six consecutive months. Your existing balances may remain subject to the default rate until they are paid in full.

If you feel this increase was due to a bank error, please contact Customer Service at 1-800-633-7367 to report any issues with your account.

Please see the enclosed Card Agreement and the following page for specific terms and conditions and the APRs applicable to your account.

Sincerely,

S. Larson
Customer Service
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE
Enclosure



EXHIBIT 4

DAVID M POWELL

5424180748548614
March 24, 2008

## IMPORTANT ACCOUNT INFORMATION

These charges are imposed in connection with your account. Please refer to the enclosed agreement for more information.

| Prime is Reviewed: Billing period<br><br>For Balances: (** CURRENTLY IN DEFAULT **) | | Calcu-lation Method | U.S. Prime Rate Plus | Periodic Rate | Current **Annual Percentage Rate (APR)** |
|---|---|---|---|---|---|
| | Purchase | Daily | 23.990 | 0.08011 | 29.240 |
| | Purchase Min | Daily | | | 28.990 |
| | Cash Advance | Daily | 23.990 | 0.08011 | 29.240 |

* Your account is currently in default. Your **APR** on purchases and cash advances are shown above.  The APR on all Balances will not be higher than 23.990% plus the Prime Rate, or up to 28.990%, whichever is greater.  Currently this corresponds to an **APR** of 29.240%, a daily periodic rate of 0.08011%.  This  rate will not be lower than 28.990% unless we elect a lower rate.

| Membership Fee: $0 every 12 months | | | |
|---|---|---|---|
| Minimum Payment:  Calculation Method D | | | |
| Late Fee (For each late payment, If not received by payment due date)<br>Due Date Balances up to $100              $15.00<br>Due Date Balances of $100 up to $250     $29.00<br>Due Date Balances of $250 or more        $39.00 | | | |
| Over Credit Line Fee: $39, Method B | | Stop Payment Fee: $39 | |
| Returned Check Fee: $39 | | Returned Payment Fee: $39 | |
| Cash Advance Fee:<br>*Finance Charge* | % of Advance | Minimum Amount | Maximum Amount |
| If obtained at an ATM<br>If obtained at a bank<br>If obtained by check<br>If obtained by other method | 3.000%<br>3.000%<br>3.000%<br>3.000% | $5.00<br>$5.00<br>$5.00<br>$5.00 | |
| Balance Transfer Fee | 3.000% | $5.00 | |
| Foreign Currency Trans Fee:<br>*Finance Charge* | % of Purchase | Minimum Amount | Maximum Amount |
| For Purchases | 3.000% | $0.00 | |
| This account is subject to arbitration | | | |

Please keep this letter for your records.  It is part of your agreement with us.

EXHIBIT 5



**PRIORITY EXPRESS**

## IMPORTANT NOTICE – EXTRA FUNDS NOW AVAILABLE
## CALL (708) 596-3810 – GET UP TO $5,000*!

David M Powell
PO Box 5282
Lansing, IL 60438-5282

|I|II|IIII|II|II|IIIII|II|III|IIIII|II|II|III|III|III|I|I|

FOR: **David M Powell**
LOAN AMOUNT: **$5,000**
RESPOND BY: **04/30/2008**

CALL: **(708) 596-3810**

I'm writing to notify you that your CitiFinancial office has **SPECIAL FUNDS** available to lend to our valued customers.

Because of the responsible way you've handled your payments, you may qualify for a loan amount of up to $5,000 – **NOW!**

Since we already know you as a valued customer, you can apply for your loan* with just a phone call. But hurry – **THIS OFFER IS LIMITED:**

- Get an answer right on the phone in about **FIVE MINUTES** in most cases.

- Get your check the **SAME DAY** if approved before noon.

- Choose terms that fit **YOUR BUDGET**.

**Just call (708) 596-3810** or stop by your local office at 434 E 162nd St, South Holland, IL 60473. Mention this notice when you call, or bring it with you.

Use your **EXTRA CASH** to pay off credit cards and other bills and have **FEWER PAYMENTS** to worry about. So for **PERSONAL SERVICE** and to apply for the extra money you need, call me now.

*Rick Saxour*
Rick Saxour
Branch Manager

### IT TAKES JUST MINUTES TO APPLY FOR YOUR LOAN:
### CALL (708) 596-3810

You can visit our web site at www.citifinancial.com

*Application subject to our standard credit criteria. Please see back for important offer details.

A 3005  0434409
80f15UC-FR PLACXX-FRRVxxxxx23-DNxx-IL 061-2
ITA-PREX-01 (10/07)





EXHIBIT G

# Citi® Diamond Preferred® Rewards Card

**Payment Due Date:** 02/05/2008 — Payment must be received by 5:00 PM local time on the payment due date.

**Minimum Amount Due:** $48.02

**Total New Balance:** $1,886.69

## Quick Reference

| | |
|---|---|
| Total Credit Line | $2,500 |
| Available Credit Line | $613 |
| Cash Advance Limit | $800 |
| Available Cash Limit | $582 |

### Important Account Information

- Each Cash Advance is subject to a one-time transaction fee. This fee will cause your Annual Percentage Rate to exceed the nominal Annual Percentage Rate listed on this statement.

citicards.com
Account Member
DAVID M POWELL

Account Number
5424 1807 4854 8614

**How to Reach Us**
1-800-633-7367

Customer Service
BOX 6000
THE LAKES, NV
89163-6000

www.thankyou.com

**citi**

## NOW, LOST STATEMENTS ARE A THING OF THE PAST!

Full details can be found in the ThankYou Member Summary section of this statement.

Points transferred to your ThankYou Member Account: **2,723**

### Now that your statements are available online, you can:

- Request online copies of your statements from as far back as 1992.
- Retrieve archived statements in PDF format.
- Download and save your PDF statement to your computer.

## Payments, Credits and Adjustments

### At a Glance

| | Previous Balance | Amount Over Credit Line | Past Due | Finance Charges | Total New Balance |
|---|---|---|---|---|---|
| | $890.82 | $0.00 | $0.00 | $30.02 | $1,886.69 |

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 01/07 | PAYMENT THANK YOU | -100.00 |
| | 12/12 | REFUND LATE FEE | -39.00 |
| | 12/12 | CREDIT FINANCE CHARGES | -14.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 12/13 | 12/13 | K & G LANSING #706 LANSING IL | 91.98 |
| 12/14 | 12/14 | STRACK & VAN TIL SPF MUNSTER IN | 42.28 |
| 12/15 | 12/15 | GAS MART 47 100 45065 MUNSTER IN | 35.00 |
| 12/17 | 12/17 | HOOTERS OF LANSING LANSING IL | 9.74 |
| 12/18 | 12/18 | STRACK & VAN TIL SPF MUNSTER IN | 53.13 |
| 12/20 | 12/20 | GAS MART 47 100 45065 MUNSTER IN | 35.00 |
| 12/20 | 12/20 | DIXIE KITCHEN & BAIT S LANSING IL | 20.96 |
| 12/20 | 12/20 | PERFUMANIA #342 CALUMET CITY IL | 60.88 |
| 12/21 | 12/21 | FRANK'S BAVARIAN GIFTS CHICAGO IL | 49.50 |
| 12/21 | 12/21 | MACY'S NORTH #0055 CHICAGO IL | 73.16 |
| 12/22 | 12/22 | STRACK & VAN TIL SPF MUNSTER IN | 67.76 |

1 of 6

**National City**          *EXHIBIT 7*

**National City Bank**
**Munster Office**
9175 Calumet Avenue
Munster, IN 46321
(219) 836-2403

April 11, 2008

Re: David Powell

To Whom It May Concern,

Please accept this letter as proof that check #3405 cleared David Powell's checking account on 02/19/2008.

The check was for $100.00 and was made payable to CITICARDS.

Thank you,

*Tony Santana*

Tony Santana
Vice President/Manager
National City Bank
Phone: 219-836-2403
Fax:    219-836-8411





CITIBANK SOUTHDAKOTA N.A.
CUSTOMER SERVICE CENTER
P.O. BOX 6500
SIOUX FALLS, SD 57117-6500

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## SIXTH MUNICIPAL DISTRICT

| | | |
|---|---|---|
| DAVID POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 08 M6 1767 |
| | ) | |
| CITIBANK SOUTH DAKOTA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Clerk of the Circuit Court of Cook County, Sixth Municipal District
16501 South Kedzie Parkway
Room 119
Markham, IL 60428

PLEASE TAKE NOTICE that there was filed on the 13th day of May, 2008, with the

Clerk of the United States District Court for the Northern District of Illinois, Defendant Citibank

South Dakota, N.A.'s Notice of Removal of Civil Action, a true copy of which is attached hereto

and served upon all parties of record.

CITIBANK SOUTH DAKOTA, N.A.

By:_____
        One of its attorneys

Vincent Vigil (#43419)
Gonzalez, Saggio and Harlan, L.L.C.
35 East Wacker Drive, Suite 500
Chicago, Illinois 60601
Phone: 312.566.0040
Fax: 312.566.0041

## CERTIFICATE OF SERVICE ON COUNSEL
## AND FILING WITH THE STATE COURT

Vincent Vigil, an attorney, certifies that the foregoing Notice of Filing, together with

Defendant Citibank South Dakota N.A.'s Notice of Removal of Civil Action, were served upon

all counsel of record and filed with the Clerk of the Circuit Court of Cook County, Illinois, on

the 13th day of May, 2008.

_____
Vincent Vigil