**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 cv 2755 |
| vs. | ) Judge Charles R. Norgle, Sr. |
| | ) Courtroom 2341 |
| CITIBANK (SOUTH DAKOTA), N.A., | )  Magistrate Judge Jeffrey Cole |
| | ) Courtroom 1838 |
| Defendant. | ) |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: David Powell
P.O. Box 5282
Lansing, Illinois 60438

PLEASE TAKE NOTICE that on Friday, May 30, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr. in Courtroom 2341 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion to Dismiss by Citibank (South Dakota), N.A., which is hereby served upon you.

Dated: May 21, 2008

                                              Respectfully submitted,

                                              s/Vincent Vigil
                                              Vincent Vigil
                                              35 E. Wacker Drive, Suite 500
                                              Chicago, Illinois 60601
                                              Phone: 312.236.0475
                                              Fax: 312.236.1750
                                              E-Mail: vincent_vigil@gshllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

>David Powell
>P.O. Box 5282
>Lansing, Illinois 60438

>Respectfully submitted,

>s/Vincent Vigil
>Vincent Vigil
>35 E. Wacker Drive, Suite 500
>Chicago, Illinois 60601
>Phone: 312.236.0475
>Fax: 312.236.1750
>Email: vincent_vigil@gshllc.com