**FILED**
MAY 2 7 2008
May 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: DAVID POWELL
(Please print)

STREET ADDRESS: P.O. BOX 5282

CITY/STATE/ZIP: LANSING, ILL 60438

PHONE NUMBER: 708 474-1808

CASE NUMBER: 08 cv 2755

_____   5-20-08
Signature                 Date