## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David Powell

                        Plaintiff,

v.                                        Case No.: 1:08−cv−02755
                                                Honorable Charles R. Norgle Sr.

Citibank South Dakota N.A.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

       MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion hearing held on 5/30/2008. Plaintiff's Response to Defendant's Motion to Dismiss [5] is due on or before 6/13/2008. Defendant's reply is due on or before 6/20/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.