EP

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s)   MR DAVID POWELL

Case Number: 08 cv 2755

V.

Defendant(s)   CITIBANK (SOOTH DAKOTA) N.A.

Judge: HON NORGLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __DAVID POWELL__, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

**FILED**
JUN 0 9 2008 TC
JUN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status. HON NORDBERG

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____   P.O. Box 5252
Movant's Signature          Street Address

6-1-08                       LANSING, ILL 60438
Date                         City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: HON NORDBERG
Case Number: 08cv02755
Case Title: CONTRACT
Appointed Attorney's Name: POOL, HEISCIAR JANOSKY & WALKER LLP
If this case is still pending, please check box ☑

Assigned Judge: HON SHADUR
Case Number: 07-
Case Title: CONTRACT
Appointed Attorney's Name:
If this case is still pending, please check box ☐

Assigned Judge: HON GETTLEMAN
Case Number: 03
Case Title:
Appointed Attorney's Name:
If this case is still pending, please check box ☐

Assigned Judge:
Case Number:
Case Title:
Appointed Attorney's Name:
If this case is still pending, please check box ☐