FILED
JUN 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
Jun 13, 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. DAVID POWELL  PLANTIFF | ) ) ) | CASE NO. 08-CV-2755  08cv 2755 |
| VS. | ) ) ) | HON CHARLES R. NORGLE, Sr. |
| CITIBANK (SOUTH DAKOTA), N.A., DEFENDANT | ) ) | |

### PLANTIFF'S FIRST AMENDED COMPLAINT

#### PARTIES

1. On information and belief the Plantiff and Defendant entered into a Credit Card Agreement on or about July 2007.

#### GENERAL ALLEGATIONS

1. The Plantiff submitted payment as required by Money Order No. 224655, First Savings Bank of Hegewisch dated before the due date.
2. The Defendant accepted said payment as listed line item 1.
3. The Plantiff submitted Exhibit 2 after calls were made to Defendants Customer Service for errors made by the Defendant.
4. The Defendant violated said contract by ignoring page 15 Billing Rights.
5. The Defendant violated said contract page 16 rights and responsibilitys, by refusing to correct there errors.
6. The Defendant informed Plantiff all Credit History is sent Automatically by The Defendant each month to Credit bureaus page 14 Credit Reporting.

#### COUNT ONE
#### NEGLIGENT MISREPRESENTATION

1. The Plaintiff reincorporates line items one thru six and all exhibits submitted in the orginal complaint.
2. The Defendants capacity as a Credit Card Provider is in the business of providing facts and information that is accurate, The Defendant assumed a responsibility under and failed its contract responsibility to the Plaintiff.
3. The Defendant's negligent misrepresentation resulted in economic harm and emotional distress to the Plaintiff who is on U.S. RRB Disability.

#### COUNT TWO
#### WILLFULL VIOLATION OF THE FAIR CREDIT REPORTING ACT

1. The Defendant was obligated to to comply with 15 U.S.C. 1681s-2a(7)(A)(i).
2. The Defendant willfully violated 15 U.S.C.1681s-2a(7)A(i). this violation caused actual damages to the Plantiff.
3. The Defendant negligently violated act line item 2, by failing to notify the Plaintiff in writing, that said information will be submitted to Credir Bureaus.

#### PRAYERS FOR RELIEF

The Plantiff Prays the Court for relief and enter Judgement in Plantiff's favor against the Defendant and grant actual and statutory damages to the Plantiff as listed and any other means equitable and just.

Respectfully Submitted
Plantiff
Mr. David Powell