Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2755 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Powell vs. Citibank | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Appointment of Counsel [12] is denied. Plaintiff fails to indicate that he has made any attempt to retain counsel in this matter.

Docketing to mail notices.

FILED
2008 JUN 17 AM 10:27
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | |
|---|---|---|