# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

DAVID POWELL,

    Plaintiff,

v.

CITIBANK (SOUTH DAKOTA) N.A.,

    Defendant.

Case No. 08 C 2755
Judge Charles R. Norgle
Courtroom 2341
Magistrate Judge Jeffrey Cole
Courtroom 1838

---

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

---

To:    David Powell
       P.O. Box 5282
       Lansing, Illinois 60438

PLEASE TAKE NOTICE that on Friday, July 11, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr. in Courtroom 2341 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion to Strike Plaintiff's Amended Complaint and for Entry of an Order Dismissing Plaintiff's Original Complaint, which is hereby served upon you.

Dated: June 20, 2008

                                                Respectfully submitted,

                                                s/Vincent Vigil
                                                Vincent Vigil
                                                35 E. Wacker Drive, Suite 500
                                                Chicago, Illinois 60601
                                                Phone: 312.236.0475
                                                Fax: 312.236.1750
                                                E-Mail: vincent_vigil@gshllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

> David Powell
> P.O. Box 5282
> Lansing, Illinois 60438

> Respectfully submitted,
>
> s/Vincent Vigil
> Vincent Vigil
> 35 E. Wacker Drive, Suite 500
> Chicago, Illinois 60601
> Phone: 312.236.0475
> Fax: 312.236.1750
> Email: vincent_vigil@gshllc.com