# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DAVID POWELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08 cv 2755 |
| | ) Judge Charles R. Norgle, Sr. |
| CITIBANK (SOUTH DAKOTA), N.A., | ) Courtroom 2341 |
| | ) Magistrate Judge Jeffrey Cole |
| Defendant. | ) Courtroom 1838 |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   David Powell
      P.O. Box 5282
      Lansing, Illinois 60438

PLEASE TAKE NOTICE that on Friday, July 25, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr. in Courtroom 2341 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion to Dismiss Amended Complaint by Citibank (South Dakota), N.A., which is hereby served upon you.

Dated: July 17, 2008

                                        Respectfully submitted,

                                        s/Vincent Vigil
                                        Vincent Vigil
                                        35 E. Wacker Drive, Suite 500
                                        Chicago, Illinois 60601
                                        Phone: 312.236.0475
                                        Fax: 312.236.1750
                                        E-Mail: vincent_vigil@gshllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

David Powell
P.O. Box 5282
Lansing, Illinois 60438

Respectfully submitted,

s/Vincent Vigil
Vincent Vigil
35 E. Wacker Drive, Suite 500
Chicago, Illinois 60601
Phone: 312.236.0475
Fax: 312.236.1750
Email: vincent_vigil@gshllc.com