Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2755 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Powell vs. Citibank (South Dakota), N.A. | | |

**DOCKET ENTRY TEXT**

Before the Court is Defendant Citibank's Motion to Dismiss Plaintiff's First Amended Complaint [20]. There Citibank argues that Plaintiff's claim under the Fair Credit Reporting Act ("FCA") fails as a matter of law because there is no private right of action for violation of 15 U.S.C. 1681s-2(a), the only provision under which the Plaintiff brought his claim. The parties shall therefore brief the limited issue of whether a private right of action exists under 15 U.S.C. 1681s-2(a). Plaintiff shall file a response by July 31, 2008. Defendant shall file a reply by August 14, 2008. IT IS SO ORDERED.

*Notices mailed by Judicial staff.*

| | Courtroom Deputy Initials: | EF |
|---|---|---|