MHN

FILED
J.N 7-29-2008
JUL 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

MR. DAVID POWELL

Case No. 08 CU 2755

V.

HON CHARLES R NORGLE

**Defendant(s)**

CITIBANK (SO. DAKOTA), NA.

PLANTIFF'S MOTION FOR RECONSIDERATION OF APPOINMENT OF COUNSEL AND RESPONSE TO THE COURT

I MR. DAVID POWELL SUBMIT THIS RESPONSE TO THE COURT UNDER RULE 8A, IN WHICH THE DEFENDANT ARBITARILY AND CAPRICIOUSLY BREACHED THE ORGINAL CONTRACT AS LISTED IN THE ORIGINAL EXHIBITS BEFORE THE COURT BY CASHING AN OFFICIAL CHECK DATED BEFORE THE DUE DATE AND IN TURN POSTED SAID PAYMENT ONE DAY LATE THEREBY RAISING THE PLANTIFF'S INTEREST 30% IN WHICH THE PLANTIFF HAS CONTINUED TO PAY. IN ADDITION THE DEFENDANT INFORMED ALL CREDIT BUREAOS OF SAID ACTIVITY AND VIOLATED FAIR CREDIT REPORTING ACT.

THE PLANTIFF WHO IS ON U.S. RRB DISABILITY PRAYS THE COURT TO ASSIT IN THE PLANTIFF'S CLAIM OF GREAT MERIT AGAINST THE DEFENDANT. THE PLANTIFF SUBMITS HIS LETTER FROM COUNSEL AND ALL DOCUMENTS FILED

RESPECTFULLY SUBMITTED
Mr. David Powell



**Hiskes Dillner O'Donnell Marovich & Lapp LTD.**
ATTORNEYS AT LAW

J. David Dillner
John O'Donnell
Michael J. Marovich
Timothy C. Lapp
Scott Dillner
Angelo J. Vitiritti

Jason A. Guisinger

Of Counsel
Chris J. Heaney

Also Admitted in Indiana & Florida

July 18, 2008

Mr. David Powell
P.O. Box 5282
Lansing, IL 60438

    Re:    Powell v. Citibank

Dear Mr. Powell:

    Although you have previously dropped off a lawsuit at my office concerning a dispute with Citibank credit card, I regret to inform you that I am unable to represent you in this matter. It is simply something that I am not able to handle at this time. Best of luck to you.

                Very truly yours,

                HISKES, DILLNER, O'DONNELL,
                MAROVICH & LAPP, LTD.

                John O'Donnell

JOD/dv

ORLAND PARK OFFICE 10759 West 159th Street·Suite 201·Orland Park, IL 60467·PHONE 708/403-5050·Fax 708/403-9667·E-mail law@hdoml.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MR. DAVID POWELL
**PLAINTIFF**

CASE NO. 08 CV 2755

VS.

CITIBANK
(SOUTH DAKOTA) N.A.
**DEFENDANT**

## PROOF OF SERVICE

TO: Vincent Wicik
35 E. Wacker Drive Suite 500
Chicago, Ill 60601

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 29 day of July 2008, I served a copy of this MOTION to each person whom it is directed by way of US Mail

Name: David Powell
Address: P.O. Box 5252
City/Zip: Lansing, Ill 60438
Telephone: 708 474 1808