# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2755 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Powell vs. Citibank (South Dakota) N.A. | | |

**DOCKET ENTRY TEXT**

Upon review of the docket, it has come to the Court's attention that Plaintiff has failed to file a Response to Defendant's motion to dismiss, in violation of the Court's Order entered on July 17, 2008. The Court has reviewed the Defendant's pleadings, including its Reply filed on August 6, 2008. The Court shall nevertheless grant the Plaintiff until September 12, 2008 to file an untimely Response.

*Charles Norgle*

Docketing to mail notices.



| | Courtroom Deputy Initials: | EF |
|---|---|---|